## TETLOW v YOUNGSTOWN (city)

Ohio Appeals, 7th Dist, Mahoning Co

Decided Dec 27, 1934

Anderson & Lamb, Youngstown, and R. G. Mock, Youngstown, for plaintiff in error. W. E. Stankiewicz, Asst. Dir. of Law, Youngstown, for defendant in error.

For full opinion see 3 OO 379; 49 Oh Ap 540.